NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARTHA ARANA,                        )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D18-4775
                                     )
PEOPLE'S TRUST INSURANCE             )
COMPANY,                             )
                                     )
          Appellee.                  )
_____ )

Opinion filed September 23, 2020.

Appeal from the Circuit Court for Collier
County; Lauren L. Brodie, Judge.

Melissa A. Giasi and Erin M. Berger of
Giasi Law, P.A., Tampa, for Appellant.

Michael A. Rosenberg of Cole, Scott &
Kissane, P.A., Plantation, for Appellee.

PER CURIAM.

          Affirmed.

BLACK and SMITH, JJ., and CASE, JAMES R., SENIOR ASSOCIATE JUDGE, Concur.